Opinion issued May 24, 2007














 



In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-07-00210-CR

____________


TAQREQ TAWFIQ SAMANEH, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 230th District Court

Harris County, Texas

Trial Court Cause No. 1061356






MEMORANDUM OPINION

 On May 7, 2007, appellant filed a motion to dismiss the above-referenced
appeal. The motion complies with the Texas Rules of Appellate Procedure. See Tex.
R. App. P. 42.2(a).

 We have not yet issued a decision. Accordingly, the motion is granted and the
appeal is dismissed. 

 We dismiss any pending motions as moot.

 The Clerk of this Court is directed to issue the mandate. Tex. R. App. P. 18.1.

PER CURIAM

Panel consists of Justices Nuchia, Hanks, and Bland.

Do not publish. Tex. R. App. P. 47.2(b).